IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,
                        Plaintiff,

                                                                                              ORDER

    v.

                                                                                           08-CR-002-C

CRIS GUZMAN,

                       Defendant.
_____

The grand jury indicted defendant Cris Guzman for failure to report to serve a sentence pursuant to 18 U.S.C. § 751(a). The government obtained an arrest warrant, which usually leaves the arraignment open-ended; here, because Guzman was in custody elsewhere, the court was able to set a firm arraignment date of February 7, 2008 at 10:00 a.m.

Today, however, the U.S. Marshals Service reported that Guzman is being held in Colorado on state charges, including failure to appear. In the interests of comity and efficiency, the Marshals Service has asked that this court wait until the State of Colorado has completed its criminal proceedings against Guzman before bringing him to this district to face the current charge. The court is inclined to grant this request, but the parties are entitled to be heard if they wish. Accordingly, the February 7, 2008 arraignment is stricken. The clerk of court is directed to work in conjunction with the Marshals Service to determine Guzman's status in Colorado.

The federal defender is authorized and directed to appoint counsel to represent Guzman in this prosecution. If either Guzman's appointed attorney or the government opposes the court's decision to stay proceedings in this court, they must file and serve their

objection not later than January 25, 2008. If no objection is filed, we will wait to bring Guzman to Wisconsin until the conclusion of trial court proceedings in Colorado.

Entered this 16th day of January, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge